BLYMYER v. MEADER, TRUSTEE OF THE BLYMYER ICE MACHINE CO.

RIGHT TO APPEAL FROM CINCINNATI SUPERIOR COURT TO HAMILTON CIRCUIT COURT.

An action pending in the Superior Court of Cincinnati. on or before November 1, 1893, and in which a judgment was entered on June 20, 1894, ten days before the law of May 16, 1894, took effect, cannot properly be appealed to the circuit court on July 29, 1894, or at any time, and motion to dismiss such appeal will be sustained.

MOTION to dismiss the appeal of the trustee from a judgment by the Superior Court.

SMITH, J.

The question presented in this case is identical with that passed upon in Thompson, admx. v. Building Co., 7 Ohio Circ. Dec., 68; but different counsel appearing in this case, and the question presented being an important one, we have heard and considered it again. We are of the opinion, however, that the doctrine announced in the case referred to was correct, and the motion to dismiss the appeal in this case will be sustained.

*Wilby & Wald*, for the motion.

*Paxton, Warrington & Boutet*, contra.